Scott N. Hunt, OSB #92343
shunt@busseandhunt.com
BUSSE & HUNT
521 American Bank Building
621 SW Morrison Street
Portland, OR 97205
Telephone: (503) 248-0504
Facsimile:  (503) 248-2131

    Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CHRISTOPHER KRIEGER,<br><br>    Plaintiff,<br><br>v.<br><br>QUALITY CUSTOM DISTRIBUTION SERVICES, INC., a Delaware corporation,<br><br>    Defendant. | Case No. CV10-1371-HZ<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

    Based upon the stipulation of the parties,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without an award of costs or fees to any party.

    DATED: ____April 20____, 2011.

                                          /s/ Marco A. Hernandez
                                          The Honorable Marco A. Hernandez

/ / / /

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR  97205
Telephone: (503) 248-0504

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
Page 1

**IT IS SO STIPULATED:**

                                              BUSSE & HUNT

Dated: April 19, 2011                  s/ Scott N. Hunt
                                              Scott N. Hunt, OSB #92343
                                              Of Attorneys for Plaintiff

                                              OGLETREE, DEAKINS, NASH, SMOAK
                                               &STEWART, P.C.

Dated: April 19, 2011                  s/ David P.R. Symes
                                              David P.R. Symes, OSB #961350
                                              Of Attorneys for Defendant

P:\WPDOCS\KRIEGER-C\DISMISSAL.wpd

**BUSSE & HUNT**
621 SW Morrison St., Suite 521
Portland, OR 97205
Telephone: (503) 248-0504

STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE
Page 2